# United States District Court

United States District Court
Southern District of Texas
FILED
JUN 24 2009
, Clerk of Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

McAllen Division

UNITED STATES OF AMERICA

V.

**Luis Alberto CEDILLO-Reyes**
A94 935 429   **AKA:** Luis CEDILLO-Reyes
YOB: 1987
COC: Mexico

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: 7:09-po- 03931

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___June 23, 2009___ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___ defendant(s) did,

knowingly, willfully and in violation of law, attempted to gain illegal entry or obtains illegal entry into the United States by willful concealment of a material fact,

in violation of Title ___8___ United States Code, Section(s) ___1325(a) ( 3 )___

I further state that I am a(n) ___Customs and Border Protection Officer___ and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States at the Pharr Port of Entry by presenting his invalid laser visa. Records revealed that the defendant had been deported. In secondary, a records check revealed that, on 11/30/2007, the defendant was convicted of 8 USC 1325(a)(1), McAllen Division, and was sentenced to Time Served and was Deported to Mexico through Hidalgo, Texas. The defendant stated that when he was apprehended by the Border Patrol on November 2007, he did tell the Border Patrol that he had a visa but was not carrying it. The defendant is a citizen of Mexico and has no legal status in the United States.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Frank C. Willingham**
Printed Name of Complainant

**June 24, 2009**                           at   **McAllen, Texas**
Date                                              City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer           Signature of Judicial Officer